HEATHER FREEMAN
Attorney for Plaintiff
IL Bar No. 6282430 / FL Bar No. 40561
Law Office of Heather Freeman, PLLC
P.O. Box 13962
Tallahassee, FL 32308
(850) 391-5336 / (800) 882-4212 fax
hf@hfreemanlaw.com
Attorney for Plaintiff, Jeannie DutraFerea

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEANNIE DUTRAFEREA, | ) |
| | ) Case No. 2:17-01729-RFB-PAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) **CONSENT MOTION FOR** |
| Acting Commissioner of Social Security, | ) **ENLARGEMENT OF THE** |
| | ) **BRIEFING SCHEDULE** |
| Defendant. | ) |

PLAINTIFF, JEANNIE DUTRAFEREA, ("Plaintiff"), by her attorney, Heather Freeman, moves this Honorable Court to grant her unopposed motion for a thirty-two (32) day enlargement of the briefing schedule through Tuesday, January 16, 2018, in order to file cross-motions to reverse or remand and to affirm the Commissioner's decision. In support of this Motion, Plaintiff states as follows:

Pursuant to this Court's Order (doc. 15), the cross-motions are due on December 15, 2017. This consent motion for an enlargement of the briefing schedule is submitted due to a combination of counsel being asked to assist with the pending and urgent caseload of a deceased attorney, and an injury to counsel's arm that required several days off work, both of which resulted in unanticipated adjustments to counsel's briefing schedule.

1

Counsel for the Commissioner, Senior Attorney, Office of the Regional Counsel, Ben A. Porter, informed counsel that there is no objection to this Motion.

WHEREFORE, Plaintiff respectfully requests that this consent Motion be granted, allowing an enlargement of the briefing schedule through January 16, 2018, in order to file cross-motions to reverse or remand and to affirm the Commissioner's decision.

Dated: December 13, 2017

Respectfully submitted,
*s/ Heather Freeman*
Heather Freeman
Attorney for Plaintiff

**IT IS SO ORDERED** this 18th day of December, 2017.

Peggy A. Leen
United States Magistrate Judge