1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  BEN A. PORTER
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8979
   Facsimile: (415) 744-0134
6  E-Mail: Ben.Porter@ssa.gov

7  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANNIE DUTRAFEREA, ) | Case No. ~~2:13-cv~~2:17-cv-01729-RFB-PAL |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION FOR** |
| v. ) | **EXTENSION OF TIME** |
| ) | (*FIRST REQUEST*) |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Opposition to Plaintiff's Motion for Reversal, due on February 15, 2018, by 30 days, through and including March 17, 2018.

An extension of time is needed because Defendant's counsel has had a high workload volume in the month of February and needs additional time to prepare Defendant's opposition brief in this case.

1 | This is Defendant's first request for an extension.  The motion is made in good faith with no intention to
2 | unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on February 13, 2018.

Respectfully submitted this 13th day of February 2018.

DAYLE ELIESON
United States Attorney

*/s/ Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 15, 2018

# CERTIFICATE OF SERVICE

I, Ben A. Porter, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

HEATHER FREEMAN
Attorney for Plaintiff
IL Bar No. 6282430 / FL Bar No. 40561
Law Office of Heather Freeman, PLLC
P.O. Box 13962
Tallahassee, FL 32308
(850) 391-5336 / (800) 882-4212 fax
hf@hfreemanlaw.com

Dated this 13th day of January 2014.

*/s/ Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney