# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JEANNIE DUTRAFEREA,

          Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-01729-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards $5,080.72 in attorney fees and costs under the EAJA to Plaintiff Dutraferea, which shall be made payable to Plaintiff Jeannie Dutraferea   Further, The Court awards $14,161.00 in attorney fees and costs pursuant to 42 U.S.C. § 406(b) . The fees shall be made payable to Plaintiff Dutraferea.

6/4/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk