# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jeannie Dutraferea

                 Plaintiff,

v.

Nancy A. Berryhill
Acting Commissioner, Social Security Administration

                 Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-01729-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards $14,161.00 in attorney fees pursuant to 42 U.S.C. § 406(b) to be issued by the Commissioner to Attorney Freeman.

6/22/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk